JS-6

1  Ricardo R. Silva, SBN 204927
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH LLP**
   9444 Waples Street, Suite 285
3  San Diego, California 92121
   Telephone:    (858) 909-9002
4  Facsimile:     (858) 909-9022
   rsilva@lozanosmith.com
5  ssimmons@lozanosmith.com

6  Attorneys for Defendant
   SANTA BARBARA UNIFIED SCHOOL DISTRICT
7

8  Andrea M. Marcus, Esq
   **LAW OFFICE OF ANDREA MARCUS.**
9  133 East De La Guerra Street, #143
   Santa Barbara, CA 93101
   Telephone: (805) 687-6455
10 Facsimile:  (888) 215-9021
   andreamarcuslaw@cox.net
11

12 Attorney for Plaintiffs
   Efigenia, Fernando and Nathon Banales

13

14                 IN THE UNITED STATES DISTRICT COURT

15                FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 EFIGENIA, FERNANDO and NATHON BANALES, | Case No. CV13-00136-MWF-SHx |
| 18 | **ORDER RE: DISMISSING CASE WITH PREJUDICE** |
| 19       Plaintiffs, | |
| 20 v. | Trial: July 22, 2013<br>Time: 9:00 a.m. |
| 21 SANTA BARBARA UNIFIED SCHOOL DISTRICT, | Room: 1600<br>Judge: Honorable Michael W. Fitzgerald |
| 22       Defendant. | |

26       Plaintiffs EFIGENIA, FERNANDO AND NATHON BANALES ("Plaintiffs"),

27 through their attorney of record, Andréa Marcus, Esq., and Defendant SANTA

28 BARBARA UNIFIED SCHOOL DISTRICT, through its attorneys of record, the law

---

[PROPOSED] ORDER RE                                    N.B. et al. v. Santa Barbara Unified Sch. Dist.
STIPULATION FOR & DISMISSAL WITH PREJUDICE             Case No. CV13-00136-MWF-SHx

1 firm Lozano Smith, by Ricardo R. Silva, Esq., having filed a Stipulation for Dismissal
2 with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure on May 30,
3 2013,
4     IT IS HEREBY ORDERED THAT the Plaintiffs' Complaint and entire action in
5 the above-captioned case be DISMISSED WITH PREJUDICE pursuant to Rule
6 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

8 Dated: May 31, 2013

    HONORABLE MICHAEL W. FITZGERALD
    UNITED STATES DISTRICT COURT JUDGE
    CENTRAL DISTRICT OF CALIFORNIA

28 J:\sddocs\01813\019\pld\SC044679.DOC

LOZANO SMITH
9444 Waples Street, Suite 285, San Diego, CA 92121
Tel 858-909-9002  Fax 858-909-9022