1   Ricardo R. Silva, SBN 204927
  Sloan R. Simmons, SBN 233752
2   **LOZANO SMITH LLP**
  9444 Waples Street, Suite 285
3   San Diego, California 92121
  Telephone:     (858) 909-9002
4   Facsimile:      (858) 909-9022
  rsilva@lozanosmith.com
5   ssimmons@lozanosmith.com

6   Attorneys for Defendant
  SANTA BARBARA UNIFIED SCHOOL DISTRICT
7

8   Andrea M. Marcus, Esq
  **LAW OFFICE OF ANDREA MARCUS.**
9   133 East De La Guerra Street, #143
  Santa Barbara, CA 93101
10   Telephone: (805) 687-6455
  Facsimile:  (888) 215-9021
11   andreamarcuslaw@cox.net

12   Attorney for Plaintiffs
  Efigenia, Fernando and Nathon Banales

13

JS-6

14        IN THE UNITED STATES DISTRICT COURT

15       FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17   EFIGENIA, FERNANDO and NATHON BANALES, | Case No. CV13-00136-MWF-SHx |
| 18           Plaintiffs, | **ORDER RE: DISMISSING CASE WITH PREJUDICE** |
| 19   v. | Trial:   July 22, 2013 |
| 20 | Time:  9:00 a.m. |
| 21   SANTA BARBARA UNIFIED SCHOOL DISTRICT, | Room: 1600 |
| 22          Defendant. | Judge:  Honorable Michael W. Fitzgerald |

23

24

25

26       Plaintiffs EFIGENIA, FERNANDO AND NATHON BANALES ("Plaintiffs"),

27 through their attorney of record, Andréa Marcus, Esq., and Defendant SANTA

28 BARBARA UNIFIED SCHOOL DISTRICT, through its attorneys of record, the law

LOZANO SMITH
9444 Waples Street, Suite 285, San Diego, CA 92121
Tel 858-909-9002  Fax 858-909-9022

firm Lozano Smith, by Ricardo R. Silva, Esq., having filed a Stipulation for Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure on May 30, 2013,

IT IS HEREBY ORDERED THAT the Plaintiffs' Complaint and entire action in the above-captioned case be DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated:  May 31, 2013

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

LOZANO SMITH
9444 Waples Street, Suite 285, San Diego, CA  92121
Tel 858-909-9002  Fax 858-909-9022

J:\sddocs\01813\019\pld\SC044679.DOC